AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____    District of    _____ Massachusetts

Securities and Exchange Commission

**SUMMONS IN A CIVIL ACTION**

V.

Treyton L. Thomas and Pembridge Group, LTD

CASE NUMBER:

# 04 12315 PBS

TO: (Name and address of Defendant)

Pembridge Group, LTD
c/o Thomas L. Treyton
34 1/2 Beacon St,
Boston, MA 02108-1415

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel O'Connor, Esq.
Securities and Exchange Commission
73 Tremont St. Suite 600
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____    11/1/2004
CLERK                               DATE

_____
(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE | November 01, 2004 |
|---|---|---|
| **NAME OF SERVER**   BURTON M. MALKOFSKY | **TITLE** | Process Server / A Disinterested Person · |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

_____ , MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein.  Name of person whom the summons and complaint were left:

_____

Said service was made at: _____ , MASSACHUSETTS

☒ Other:  By handing true and attested copies thereof to _____ **Thomas L. Treyton,** _____

Duly Authorized Agent for the within-named _____ **Defendant, Pembridge Group, LTD.** _____

Said service was made at:

_____ **34 1/2 Beacon Street, Boston** _____ , MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| | SERVICE FEE $ | 20.00 | 18 Trips | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ November 01, 2004 _____                    *Signature of Server*
                        **Date**

One Devonshire Place, Boston, Massachusetts
**Address of Server**

## ADDITIONAL INFORMATION

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE _____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**           **One Devonshire Place**        Telephone # (617) 720-5733
**Massachusetts Constables since 1925**      **Boston, MA 02109**          Fax #          (617) 720-5737