UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 04-12315-PBS

Securities and Exchange Commission
Plaintiff

v.

Pembridge Group, LTD
Defendant

NOTICE OF DEFAULT

　　　　Upon application of the Plaintiff for an order of Default for failure of the Defendant, Pembridge Group, LTD, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant, Pembridge Group, LTD, has been defaulted on June 10, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　　　Sara Thornton
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk


　　　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Robert C. Alba
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Date: June 10,2005

Notice mailed to counsel of record and defendant(s).