UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                            Civil Action
                                                                            No: 04-12315-PBS

Securities and Exchange Commission
Plaintiff

v.

Pembridge Group, LTD
Defendant


PROCEDURAL ORDER ON DEFAULT

SARIS, D.J.                                                                                             June 10, 2005

      On June 10, 2005, a notice of default was issued as to defendant Pembridge Group, LTD, pursuant to Rule 55(b), Fed.R.Civ.P.  If the plaintiff intends to move for judgment by default, it shall do so on or before July 11, 2005.  Plaintiff shall include a proposed form of judgment along with the motion filing.


                                                                              By the Court,

                                                                              /s/ Robert C. Alba
                                                                              Deputy Clerk