UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                       Civil Action
                                                                                       No: 04-12315-PBS

Securities and Exchange Commission
Plaintiff

v.

Treyton L. Thomas
Defendant

NOTICE OF DEFAULT

      Upon application of the Plaintiff for an order of Default for failure of the Defendant, Treyton L. Thomas, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant, Treyton L. Thomas has been defaulted on June 10, 2005.

                                                                                      Sara Thornton
                                                                                      Clerk


                                                                                      By: /s/ Robert C. Alba
                                                                                          Deputy Clerk

Date: June 10, 2005

Notice mailed to counsel of record and defendant(s).