UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                        Civil Action
                                                        No: 04-12315-PBS

Securities and Exchange Commission
Plaintiff

v.

Treyton L. Thomas
Defendant

PROCEDURAL ORDER ON DEFAULT

SARIS, D.J.                                                                        June 10, 2005

     On June 10, 2005, a notice of default was issued as to defendant Treyton L. Thomas, pursuant to Rule 55(b), Fed.R.Civ.P. If the plaintiff intends to move for judgment by default, it shall do so on or before July 11, 2005. Plaintiff shall include a proposed form of judgment along with the motion filing.

                                                                By the Court,

                                                                /s/ Robert C. Alba
                                                               Deputy Clerk