# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) O4-CV-12315 PBS |
| | ) |
| TREYTON L. THOMAS and | ) |
| PEMBRIDGE GROUP, LTD., | ) |
| | ) |
| **Defendants.** | ) |

_____

### UNOPPOSED MOTION TO REMOVE PROCEDURAL DEFAULT

Now comes the defendant, Treyton L. Thomas, by counsel, and hereby requests that the Court remove the default entered on June 10, 2005.

As reason therefore, on November 23, 2004, defendant Thomas sent a copy of his answer to counsel for the SEC. At the same, it was intended that a copy be sent to the court for filing. Unfortunately, due to a procedural error within the law firm, a copy was not sent to the court. Consequently, counsel did not receive nor has it received any notice since November from the Court regarding the matter, and was unaware of the procedural order on default entered June 10, 2005.

Undersigned counsel has discussed this matter with counsel for the SEC, who has agreed to the removal of default and the filing of the answer late.

A copy of the answer prepared in November and sent to counsel for the SEC is attached.  Defendant Thomas asks that the court accept this answer.

Respectfully submitted,

Treyton L. Thomas
By his attorneys,

_____
Michael A. Collora (BBO #092940)
Maria R. Durant (BBO #558906)\
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, MA  02210
(617) 371-1000

Dated: June 16, 2005

CERTIFICATE OF SERVICE

I, Michael A. Collora, hereby certify that on this 16th day of June, 2005, I served a copy of the foregoing document by hand upon Daniel O'Connor, Esq., Securities & Exchange Commission, 73 Tremont Street, Boston, MA  02108.

_____
Michael A. Collora