UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) ) ) |  |
| Plaintiff | ) ) |  |
| v. | ) ) | O4-CV-12315 PBS |
| TREYTON L. THOMAS and PEMBRIDGE GROUP, LTD., | ) ) ) ) |  |
| Defendants. | ) ) |  |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
MOTION TO EXTEND TIME WITHIN WHICH TO FILE MOTION
FOR DEFAULT JUDGMENT AS TO DEFENDANT PEMBRIDGE GROUP, LTD.**

Plaintiff Securities and Exchange Commission ("SEC" or "Commission") hereby respectfully moves this Court to enter an order extending the time within it may file a Motion for Judgment by Default against Defendant Pembridge Group, LTD ("Pembridge") from July 11, 2005 to July 13, 2005. As reasons therefore, Plaintiff SEC states as follows:

1. On June 10, 2005, the Court entered a Notice of Default as to Defendant Pembridge and ordered Plaintiff to file any motion for judgment by default by July 11, 2005.

2. Plaintiff SEC does intend to file a motion for judgment by default, but because of a family emergency, lead counsel for Plaintiff, R. Daniel O'Connor, will be out of the Commonwealth on July 11th and possibly the 12th.

3. Plaintiff SEC therefore requests that the deadline by which it be required to file its motion for default be extended to July 13th, 2005.

## **CONCLUSION**

For the forgoing reasons, Plaintiff SEC respectfully requests that this Court enter an Order extending the time within it may file a Motion for Judgment by Default against Defendant Pembridge from July 11, 2005 to July 13 2005.

                                          Respectfully submitted,

                                          /s/ R. Daniel O'Connor
                                        R. Daniel O'Connor (BBO # 634207)
                                        oconnord@sec.gov
                                        Securities & Exchange Commission
                                        73 Tremont Street
                                        Suite 600
                                        Boston, MA 02108
                                        617-573-8979
                                        Fax: 617-424-5940

July 11, 2005