UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 04 CV 12315 (PBS) |
| TREYTON L. THOMAS and PEMBRIDGE GROUP, LTD., | : | |
| Defendants. | : | |

## MOTION AND NOTICE OF APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT PEMBRIDGE GROUP, LTD.

Plaintiff Securities and Exchange Commission ("SEC" or "Commission") hereby moves this Court for the entry of a final judgment by default pursuant to Fed. R. Civ. P. 55(b)(2) against Pembridge Group, Ltd. ("Pembridge" or the "Defendant"). In support of its motion, the SEC submits herewith its Memorandum of Law in Support of Securities and Exchange Commission's Application for Default Judgment Against Defendant Pembridge Group, Ltd., the Declaration of J. Lauchlan Wash sworn on July 12, 2005, and exhibits thereto, and all pleadings and proceedings previously had herein. Plaintiff SEC hereby requests that the Court enter a Final Judgment against Pembridge that:

(1) Permanently enjoins Pembridge from further violations of Section 10(b) of the Exchange Act, [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder, [17 C.F.R. § 240.10b-5], and Section 14(e) of the Exchange Act, [15 U.S.C. § 78n(e)] and Rule 14e-8 thereunder, [17 C.F.R. § 240.14e-8];

(2)     Orders Pembridge to disgorge all ill-gotten gains with prejudgement interest;

(3)     Orders Pembridge to pay a civil penalty in the amount of $550,000 pursuant to Section 20(d)(2) of the Securities Act, 15 U.S.C. §77t(d)(2), and Section 21(d)(3) of the Exchange Act, 15 U.S.C. §78u(d)(3), and 17 C.F.R. § 201.1002

          Respectfully submitted,

          /s/ R. Daniel O'Connor
          R. Daniel O'Connor
           Senior Trial Counsel (BBO# 634207)
           oconnord@sec.gov
          J. Lauchlan Wash
           Senior Counsel (BBO# 629092)
           washj@sec.gov
          ATTORNEYS FOR PLAINTIFF
          SECURITIES AND EXCHANGE
          COMMISSION
          73 Tremont Street, Suite 600
          Boston, Massachusetts
          (617) 573-8900
          (617) 424-5940 (Facsimile)

Dated: July 12, 2005