UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : NO. 04 CV 12315 (PBS) |
| TREYTON L. THOMAS and PEMBRIDGE GROUP, LTD., | : |
| Defendants. | : |

**MOTION AND NOTICE OF APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT PEMBRIDGE GROUP, LTD.**

Plaintiff Securities and Exchange Commission ("SEC" or "Commission") hereby moves this Court for the entry of a final judgment by default pursuant to Fed. R. Civ. P. 55(b)(2) against Pembridge Group, Ltd. ("Pembridge" or the "Defendant"). In support of its motion, the SEC submits herewith its Memorandum of Law in Support of Securities and Exchange Commission's Application for Default Judgment Against Defendant Pembridge Group, Ltd., the Declaration of J. Lauchlan Wash sworn on July 12, 2005, and exhibits thereto, a proposed Final Judgment Against Pembridge Group Ltd. and all pleadings and proceedings previously had herein. Plaintiff SEC hereby requests that the Court enter a Final Judgment against Pembridge that:

(1)   Permanently enjoins Pembridge from further violations of Section 10(b) of the Exchange Act, [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder, [17 C.F.R. § 240.10b-5], and Section 14(e) of the Exchange Act, [15 U.S.C. § 78n(e)] and Rule 14e-8 thereunder, [17 C.F.R. § 240.14e-8];

(2) Orders Pembridge to disgorge all ill-gotten gains with prejudgement interest;

(3) Orders Pembridge to pay a civil penalty in the amount of $550,000 pursuant to Section 20(d)(2) of the Securities Act, 15 U.S.C. §77t(d)(2), and Section 21(d)(3) of the Exchange Act, 15 U.S.C. §78u(d)(3), and 17 C.F.R. § 201.1002

        Respectfully submitted,

        /s/ R. Daniel O'Connor
        R. Daniel O'Connor
         Senior Trial Counsel (BBO# 634207)
         oconnord@sec.gov
        J. Lauchlan Wash
         Senior Counsel (BBO# 629092)
         washj@sec.gov
        ATTORNEYS FOR PLAINTIFF
        SECURITIES AND EXCHANGE
        COMMISSION
        73 Tremont Street, Suite 600
        Boston, Massachusetts
        (617) 573-8900
        (617) 424-5940 (Facsimile)

Dated: July 12, 2005