UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | CIVIL ACTION |
| : | |
| v. : | NO. 04 CV 12315 (PBS) |
| : | |
| TREYTON L. THOMAS and : | |
| PEMBRIDGE GROUP, LTD., : | |
| : | |
| Defendants. : | |

**CONSENTED TO MOTION TO CHANGE THE
DATE OF THE SCHEDULING CONFERENCE**

Plaintiff United States Securities and Exchange Commission (the "SEC"), with the consent of counsel for defendant Treyton L. Thomas, hereby respectfully requests that the Court change the date of the Scheduling Conference, currently scheduled for Wednesday August 17, 2005, to September 12, 2005, or as soon thereafter as is convenient for the Court. Lead counsel for the SEC in this matter, R. Daniel O'Connor, is unable to appear in Boston on August 17 because he is required to appear in the United States District Court for the Southern District of Florida in Miami, Florida for a final pretrial conference in SEC v. Converge Global, Inc., Civil Action No. 04cv80841. Mr. O'Connor will then be trying the SEC v. Converge Global, Inc. matter before a jury sometime during the period between August 22, 2005 and September 2, 2005, depending on the Miami District Court's schedule.

For the forgoing reasons, the plaintiff SEC, with the consent of Defendant Thomas, respectfully requests that the Court change the date of the Scheduling Conference, currently scheduled for Wednesday August 17, 2005, to September 12, 2005, or as soon thereafter as is convenient for the Court.

Respectfully submitted,

/s/ R. Daniel O'Connor
R. Daniel O'Connor, Esq
(Mass.Bar. No. 634207)
Senior Trial Counsel
oconnord@sec.gov
J. Lauchlan Wash, Esq
(BBO# 629092)
Senior Counsel
washj@sec.gov
Attorneys for Plaintiff
Securities and Exchange Commission
73 Tremont Street, Suite 600
Boston, MA  02108
(617) 573-8900
(617) 424-5940 (facsimile)

Dated: August 9, 2005