UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
SECURITIES AND EXCHANGE COMMISSION          )
                                            )
            Plaintiff                       )
                                            )
v.                                          )    O4-CV-12315 PBS
                                            )
TREYTON L. THOMAS and                       )
PEMBRIDGE GROUP, LTD.,                      )
                                            )
            Defendants.                     )
_____)

**DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION**

The undersigned counsel and Treyton L. Thomas ("Thomas") hereby certify that Thomas and his counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| TREYTON L. THOMAS | TREYTON L. THOMAS |
| | By his attorneys, |
| | |
| /s/ Treyton L. Thomas | /s/Michael A. Collora |
| TREYTON THOMAS | Michael A. Collora (BBO# 092940) |
| 34 ½ Beacon Street | DWYER & COLLORA, LLP |
| Apt 4 North | 600 Atlantic Avenue |
| Boston, MA  02108 | Boston, MA  02210-2211 |
| | (617) 371-1000 |

Dated: September 6, 2005