UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | : | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 04 CV 12315 (PBS) |
| | : | |
| TREYTON L. THOMAS and | : | |
| PEMBRIDGE GROUP, LTD., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**Joint Statement and Proposed Discovery Plan**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1, counsel for plaintiff United States Securities and Exchange Commission (the "SEC"), and counsel for defendant Treyton L. Thomas ("Defendant") submit this Joint Statement and Proposed Discovery Plan.

**I.  Rule 26(f) Conference of the Parties**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(b), counsel for the SEC and defense counsel met in June, 2005 and spoke on subsequent occasions, to discuss: (i) the nature and basis for their claims and defenses; (ii) the possibility for a prompt settlement or resolution of the case; (iii) to arrange for the disclosures required by Rule 26(a)(1); (iv) to develop a proposed pretrial plan for the case that includes a discovery plan; (v) to prepare an agenda of items to be discussed at the scheduling conference; and (vi) to consider whether they will consent to trial by magistrate judge.  Pursuant to Local Rule 16.1(c), the SEC has provided a settlement proposal to the Defendant.

II. **Proposed Schedule**

The parties request that the Court adopt the following schedule:

| EVENT | DATE |
| --- | --- |
| Initial Disclosures | September 12, 2005 |
| Completion of Fact Discovery | August 18, 2006 |
| Plaintiff's Fed. R. Civ. P. 26 Expert Disclosures | September 29, 2006 |
| Defendant's Fed. R. Civ. P. 26 Expert Disclosures | October 27, 2006 |
| Completion of All Discovery | December 8, 2006 |
| Counsel confer and file a report as to prospects for settlement and whether either party feels there is a proper basis for summary judgment. | December 20, 2006 |
| Scheduling conference attended by trial counsel with full settlement authority, at which if necessary a schedule will be established for summary judgment motions. | January 9, 2007 |
| Final Pre-Trial Conference | February 8, 2007 |

III. **Trial By Magistrate**

The parties are not willing to consent to a trial by magistrate judge.

IV. **Certifications**

The SEC, through its undersigned counsel, certifies that it is aware of the potential costs that may be associated with this litigation and the availability of alternative dispute resolution procedures. Counsel for Defendant certify that he has conferred with his respective client: (a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation; and (b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4. Defendant's signed certification is to be filed separately.

Respectfully submitted,

| | |
|---|---|
| /s/ R. Daniel O'Connor | /s/ Michael A. Collora [do] |
| R. Daniel O'Connor, Esq | Michael A. Collora |
| (Mass.Bar. No. 634207) | (Mass. Bar No. 092940) |
| Senior Trial Counsel | mcollora@dwyercollora.com |
| oconnord@sec.gov | Maria R. Durant |
| J. Lauchlan Wash, Esq | (Mass. Bar No. 558906) |
| (BBO# 629092) | mdurant@dwyercollora.com |
| Senior Counsel | Dwyer & Collora, LLP |
| washj@sec.gov | 600 Atlantic Avenue |
| Attorneys for Plaintiff | Boston, MA 02210 |
| Securities and Exchange Commission | Counsel for Treyton L. Thomas |
| 73 Tremont Street, Suite 600 | (617) 371-1000 |
| Boston, MA  02108 | (617) 371-1037 (facsimile) |
| (617) 573-8900 | |
| (617) 424-5940 (facsimile) | |

Dated: September 9, 2005