UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

S.E.C.,
          Plaintiff,           CIVIL ACTION
                                      NO. 04-12315-PBS
    v.

Treyton Thomas,
          Defendant.

**PRETRIAL ORDER**

SARIS, D.J.                                      September 12, 2005

       The above action has been set down for a JURY TRIAL on 10/23/06, at 9:00 a.m.

       A FINAL PRETRIAL CONFERENCE has been scheduled for 10/17/06, at 2:00 P.M.

       By 9/18/06, the parties shall make pretrial disclosures as required by Fed. R. Civ. P. 26(a)(3).

       Objections to the pretrial disclosures shall be served and filed by 10/2/06.

       By 10/10/06, the parties shall file a joint pretrial memorandum in accordance with L.R. 16.5(d).  Counsel are required to confer fifteen days before the final pretrial conference for the purpose of preparing the joint pretrial memorandum.

       By 10/3/06, the parties shall file/serve proposed jury instructions, proposed voir dire questions, motions in limine, witness/exhibit lists[1], and any designations[2] of deposition testimony.

---

[1] Exhibits shall be premarked with one set of exhibit numbers.  There should be no duplicative exhibit numbers.  For example, if plaintiff's exhibits are premarked ## 1 - 100, the defendant's exhibits should be premarked ## 101, 102, etc...  Counsel shall file with the Court an original and two (2) copies of the exhibit and witness lists.

[2] It is helpful if designations and counter-designations are submitted on the same copy, with designations highlighted in one color and counter-designations highlighted in another.

By <u>10/10/06</u>, the parties shall file/serve opposition to motions in limine, any objections to witnesses or exhibits, and counter-designations of deposition testimony.

Trial briefs shall be filed/served by <u>10/16/06</u>.

By the Court,

 /s/ Robert C. Alba
Deputy Clerk
