UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

S.E.C.
Plaintiff,

        V.                            Civil Action Number
                                   04-12315-PBS

Treyton Thomas
Defendant.                             September 12, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 4/30/06

Plaintiff's expert designation deadline: 5/30/06

Defendant's expert designation deadline: 6/30/06

Expert discovery deadline: 7/31/06

Final Pretrial Conference: 10/17/06 at 2:00 p.m.

Jury Trial: 10/23/06 at 9:00 a.m.

Case to be referred to Mediation program: January, 2006

                                                        By the Court,

                                                        /s/ Robert C. Alba
                                                        Deputy Clerk