UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 04 CV 12315 (PBS) |
| TREYTON L. THOMAS and PEMBRIDGE GROUP, LTD., | : | |
| Defendants. | : | |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
NOTICE AS TO LAST KNOWN ADDRESSES OF
<u>DEFENDANT PEMBRIDGE GROUP. LTD</u>**

Plaintiff Securities and Exchange Commission (the "SEC") has conducted a review of investigative testimony, documents gathered during the SEC's investigation, and other materials, and has determined the following foreign address for Defendant Pembridge Group, LTD:

> Pembridge Group, LTD
> c/o Chancery International
> Mary Street
> P.O. Box 1561 CT
> Grand Cayman Islands, B.W.I.

On September 13, 2005, the SEC sent copies of its Complaint and the papers related to the SEC's request for default judgment to Pembridge Group, LTD at the above foreign address. Plaintiff SEC contends, consistent with the Court's Order finding Pembridge Group, LTD. to be in default, that it has made effective service of its Complaint. The SEC has taken this extra step

so as to provide Pembridge Group, LTD with additional notice of the matter and the relevant proceedings.

                          Respectfully submitted,

                          /s/ R. Daniel O'Connor
                          R. Daniel O'Connor
                            Senior Trial Counsel (BBO# 634207)
                            oconnord@sec.gov
                          J. Lauchlan Wash
                            Senior Counsel (BBO# 629092)
                            washj@sec.gov

                          ATTORNEYS FOR PLAINTIFF
                          SECURITIES AND EXCHANGE
                          COMMISSION
                          73 Tremont Street, Suite 600
                          Boston, Massachusetts
                          (617) 573-8900
                          (617) 424-5940 (Facsimile)

Dated: September 13, 2005