UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
SECURITIES AND EXCHANGE COMMISSION  )
                                    )
           Plaintiff                )
                                    )
v.                                  )   O4-CV-12315 PBS
                                    )
TREYTON L. THOMAS and               )
PEMBRIDGE GROUP, LTD.,              )
                                    )
           Defendants               )
_____)

## ASSENTED TO MOTION TO CONTINUE

Defendant, Treyton L. Thomas, through counsel, hereby requests that the Court continue the alternative dispute resolution hearing currently scheduled for November 21, 2005 to a date convenient for the court after January 16, 2006. As reason for this request, defendant's counsel, Michael A. Collora, is scheduled to be out of the country during the week of November 21, 2005 and is not available to attend the hearing. In addition, counsel for the Securities and Exchange Commission has indicted that he would like additional time to perform document discovery during the month of December, 2005. As a result, both parties join in requesting that the alternative dispute resolution hearing be rescheduled for a date after January 16, 2006.

                              Respectfully submitted,

                              Treyton L. Thomas
                              By his attorneys,

                              /s/ Michael A. Collora
                              _____
                              Michael A. Collora (BBO #092940)
                              Maria R. Durant (BBO #558906)\
                              DWYER & COLLORA, LLP
                              600 Atlantic Avenue
                              Boston, MA  02210
November 16, 2005             (617) 371-1000

2

## CERTIFICATE OF SERVICE

    I, Michael A. Collora, hereby certify that on this 16th day of November, 2005, I served a copy of the foregoing document by hand upon Daniel O'Connor, Esq., Securities & Exchange Commission, 73 Tremont Street, Boston, MA 02108.

    /s/ Michael A. Collora
    _____
    Michael A. Collora

2