UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE COMMISSION
          Plaintiff(s)

v.

TREYTON THOMAS and
PEMBRIDGE GROUP, LTD.
          Defendant(s)

CIVIL ACTION

NO. __1:04-CV-12315-PBS__

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE _____SARIS_____

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On _____1/18/2006_____ I held the following ADR proceeding:

    _____    SCREENING CONFERENCE    _____    EARLY NEUTRAL EVALUATION

    __X__    MEDIATION    _____    SUMMARY BENCH / JURY TRIAL

    _____    MINI-TRIAL    _____    SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]
The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[X]    Settled. Your clerk should enter a __60__ day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:
    THE PARTIES WILL FILE A CONSENT JUDGMENT WITHIN 60 DAYS.

____1/19/2006____
DATE

__Marianne B. Bowler, USMJ__
ADR Provider

(ADR Report SEC v. Thomas.wpd - 4/12/2000)    [adrrpt.]