UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | CIVIL ACTION |
| : | |
| v. : | NO. 04 CV 12315 (PBS) |
| : | |
| TREYTON L. THOMAS and : | |
| PEMBRIDGE GROUP, LTD., : | |
| : | |
| Defendants. : | |

**SECURITIES AND EXCHANGE COMMISSION'S**
**NOTICE OF CHANGE OF ADDRESS & FACSIMILE NUMBER**

To the Clerk of this Court and all parties of record:

Please note that the Boston District Office of the Securities and Exchange Commission has relocated. The new address will be:

    33 Arch Street
    23rd floor
    Boston, MA 02110-1424

  The new facsimile number will be 617-573-4590.  The telephone numbers will remain the same.

          Respectfully submitted,

          SECURITIES AND EXCHANGE COMMISSION,

           /s/ R. Daniel O'Connor
          R. Daniel O'Connor   (Mass. Bar No. 634207)
           Senior Trial Counsel
           oconnord@sec.gov
          Lauchlan Wash
           Senior Counsel (BBO# 629092)
           washj@sec.gov
          ATTORNEYS FOR PLAINTIFF
          SECURITIES AND EXCHANGE COMMISSION
          33 Arch Street
          23rd Floor
          Boston, MA 02110
          (617) 573-8979
          (617) 573-4590 (Facsimile)

Dated: March 7, 2006