UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    :
SECURITIES AND EXCHANGE COMMISSION, :
                                    :
              Plaintiff,            :     CIVIL ACTION
                                    :
     v.                             :     NO. 04 CV 12315 (PBS)
                                    :
TREYTON L. THOMAS and               :
PEMBRIDGE GROUP, LTD.,              :
                                    :
              Defendants.           :
_____ :

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
CONSENTED-MOTION TO REOPEN CASE**

Plaintiff Securities and Exchange Commission (the "Commission" or "SEC") hereby submits this motion, with the consent and support of Defendant Thomas, requesting that the Court reopen this case. In support of its motion the SEC states as follows:

1. The SEC filed and served its complaint in this action on November 1, 2004.

2. The Court entered a default judgment against Defendant Pembridge Group, LTD on September 12, 2005.

4. On September 12, 2005, the Court issued a Pretrial Order and Scheduling Order in the case, calling for, *inter alia*, discovery to conclude by July 31, 2006, and a final pretrial conference on October 17, 2003.

5. On January 18, 2006, the parties attended a mediation session before Magistrate Judge Bowler.

6. At the mediation, the staff of the SEC and Treyton Thomas reached agreement as

to acceptable terms that the staff of the Boston District Office of the SEC agreed to recommend that the full Commission accept so as settle its case against Mr. Thomas. The proposed settlement calls for the case to be resolved, without Mr. Thomas admitting or denying the allegations of the SEC's complaint, through the entry of a consent judgment.

7. On January 19, 2006, Magistrate Judge Bowler filed a report with the Court indicating that the parties had "settled" and noted that the court should enter a 60 day order of dismissal. As noted above, however, the parties had not settled, but rather reached agreement to settlement terms that Defendant Thomas would accept and that the SEC staff would recommend that the Commission accept.

8. On January 19, 2005, the Court entered a Settlement Order of Dismissal.

9. The process of presenting the settlement proposal to the Commission has been delayed for a variety of reasons, such that it will not be possible to finally resolve this matter by March 20, 2006 (i.e. 60 days from January 19, 2006). The staff expects to present the proposal to the Commission for its consideration in the near future.

10. Therefore, the Commission respectfully requests that the Court reopen this case so as to allow it an additional sixty days to consider the settlement terms (i.e. to May 19, 2006). Given the progress that the parties have made towards settlement, it not the intention of the parties to conduct any discovery while the settlement recommendation is under consideration.

11.     Defendant Thomas consents to and supports the Commission's request.

                          Respectfully submitted,

                     /s/ R. Daniel O'Connor
                    R. Daniel O'Connor
                      Senior Trial Counsel (BBO# 634207)
                      oconnord@sec.gov
                    J. Lauchlan Wash
                      Senior Counsel (BBO# 629092)
                      washj@sec.gov

ATTORNEYS FOR PLAINTIFF
SECURITIES AND EXCHANGE
COMMISSION
73 Tremont Street, Suite 600
Boston, Massachusetts
(617) 573-8900
(617) 424-5940 (Facsimile)

Dated: March 8, 2006